Tom McAvity, 034403
Phoenix Fresh Start Bankruptcy
4602 E Thomas St, Ste S-9
Phoenix, AZ 85018
Phone: 602-598-5075
Fax: 866-241-4176
Email: tom@phxfreshstart.com

THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>MICHAEL KENNETH BOWMAN,<br><br>Debtor. | CHAPTER 7<br><br>Case No. 2:23-bk-08608-MCW<br><br>**MOTION TO CONVERT A CASE UNDER CHAPTER 7 TO A CASE UNDER CHAPTER 13** |

   Michael Kenneth Bowman ("Debtor"), by and through undersigned counsel, pursuant to 11 U.S.C. § 706, respectfully requests that this court enter an Order converting this case under Chapter 7 to a case under Chapter 13 on the grounds set forth below.

1. On November 30, 2023, Debtor filed a Voluntary Petition under Chapter 7 of the Bankruptcy Code.

2. Upon further consultation with counsel, Debtor desires the benefit of a discharge under 11 U.S.C. § 1328 and is willing to complete a Chapter 13 Plan.

3. Due to a prior Chapter 7 case filing, Debtor is not eligible for a Chapter 7 discharge.

3. This case has not been previously converted under 11 U.S.C. § 1112, § 1208, or § 1307.

   WHEREFORE, Debtor requests that this Court enter an order converting this case under Chapter 7 to Chapter 13 of the Bankruptcy Code.

   Dated: December 4, 2023

                    Respectfully submitted:

/s/ Tom McAvity
Tom McAvity, 034403
Phoenix Fresh Start Bankruptcy
4602 E Thomas Rd, Ste S−9
Phoenix, AZ 85028
Phone: 602-598-5075

## CERTIFICATE OF MAILING

The undersigned hereby certifies that on December 4, 2023 the foregoing Debtor's Motion was served on the following via mail/electronic filing notice to:.

United States Trustee
***Via BNC/ECF***

Anthony H. Mason, Trustee
***Via BNC/ECF***

Creditors appearing on
the attached Master Mailing List

/s/ Tom McAvity
Tom McAvity, 034403
Phoenix Fresh Start Bankruptcy